FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE BRESHEARS; TERESA BRESHEARS; A.B.; and S.K.,<br><br>Defendants. | NO. 1:25-CV-3080-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 13). The parties agree that Plaintiff's claims against Defendants Rober Lee Breshears, Teresa Breshears, A.B., and S.K. may be dismissed with prejudice and without fees or costs to any party.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss (ECF No. 13) is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party bearing their own attorneys' fees and costs.

3. All deadlines, hearings, and trial are **VACATED**.

   The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

   DATED April 21, 2026.



                        *Thomas O. Rice*
                        THOMAS O. RICE
                        United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2